# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| **FUTRON INCORPORATED,** | |
| *Plaintiff,* | |
| v. | Case No. __24-209 C__ |
| | Judge _____ |
| **UNITED STATES,** | |
| *Defendant.* | |

## RULE 7.1 CORPORATE DISCLOSURE

Plaintiff Futron Incorporated submits the following corporate disclosure statement under Rule of the Court of Federal Claims 7.1.  Futron is a North Carolina corporation with no parent company, and no publicly-traded corporation owns more than 10% of its stock.

Dated: February 12, 2024

Respectfully submitted,

/s/ W. Brad English
W. Brad English
Emily J. Chancey
Nicholas P. Greer
Taylor R. Holt
*Attorneys for Plaintiff Futron Incorporated*

**OF COUNSEL:**

MAYNARD NEXSEN PC
655 Gallatin Street SW
Huntsville, Alabama 35801
(256) 512-5705
benglish@maynardnexsen.com

2

**Certificate of Service**

    I hereby certify that on February 12, 2024, I caused copies of the foregoing to be served by electronic mail upon the following:

    U.S. Department of Justice
    Commercial Litigation Branch
    National Courts Section
    P.O. Box 480
    Ben Franklin Station
    Washington, D.C., 20044

    /s/ W. Brad English
    Of Counsel