# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| **FUTRON INCORPORATED, ET AL.,** | Consolidated Case Nos. 24-209, 24-214, 24-216, 24-219, 24-222, 24-230, 24-257, 24-259, 24-293, 24-294, 24-303, 24-304, 24-311, 24-312, 24-318, 24-481, 24-502, 24-853 |
| *Consolidated Plaintiffs,* | |
| v. | |
| **UNITED STATES,** | |
| *Defendant.* | Judge Thompson M. Dietz |

## INALAB CONSULTING, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF CASE NO. 24-214, WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Plaintiff Inalab Consulting, Inc., hereby gives notice of its dismissal of its claims, without prejudice.

Dated: August 9, 2024

Respectfully submitted,

*s/ Jon D. Levin*
Jon D. Levin

**OF COUNSEL:**

WOMBLE BOND DICKINSON (US) LLP
200 West Side Square, Suite 950
Huntsville, Alabama 35801
(256) 834-8646
(703) 231-3247
Jon.Levin@wbd-us.com