# In the United States Court of Federal Claims

Nos. 24-209, 24-216, 24-219, 24-222, 24-230, 24-257, 24-259, 24-293, 24-294, 24-303, 24-304, 24-311, 24-312, 24-318, 24-481, 24-502, 24-853, 24-1308, 24-1310, 24-1333, 24-1465, 24-1520, 24-1923, 24-1924, 24-1925, 24-1927, 24-1929, 24-1931, 24-1933, 24-1936, 24-1937, 24-1939, 24-1940, 24-1943, 24-1944, 24-2091, 24-2093

(Filed: March 25, 2025)

```
*****************************************
FUTRON INCORPORATED, et al.,       *
                                   *
              Plaintiffs,          *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant,           *
                                   *
     and                           *
                                   *
METROSTAR SYSTEMS, INC.,           *
                                   *
              Defendant-Intervenor.*
*****************************************
```

## ORDER

On March 24, 2025, the government filed a status report and its second partial consent motion to extend the remand period. [ECF 153]. The government indicates that "several matters have complicated the agency's review on remand," including changes in agency policy, the retirement of the source selection authority, the time-intensiveness of the review of the allegations concerning Historically Black Colleges and Universities, and issues regarding the source selection tool repository. *Id.* at 3. As a result, the government requests "to extend the remand period by 100 days, to and including Wednesday, July 2, 2025." *Id.* at 2. The government also indicates that thirty plaintiffs and the defendant-intervenor consent to the motion, and that seven plaintiffs take no position. *Id.* at 2-3.

For good cause shown, the Court **GRANTS** the government's motion and **EXTENDS** the remand period **through and including July 2, 2025**. The government **SHALL FILE** a status report **on or before May 13, 2025**, and a status report **on or before July 2, 2025**, keeping the Court informed of its progress on remand. The case shall remain stayed during the extended remand period. *See* Remand Order [ECF 100] at 2.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge