# In the United States Court of Federal Claims

**Nos. 24-257, 24-259, 24-293, 24-294, 24-303, 24-304, 24-311, 24-312, 24-318, 24-1465, 24- 1520, 24-1923, 24-1924, 24-1925, 24-1927, 24-1929, 24-1931, 24-1933, 24-1936, 24-1937, 24- 1939, 24-1940, 24-1944, 24-2091, and 24-2093**
**(Consolidated)**

**Filed: August 7, 2026**

```
*************************************
ANALYTICA LLC, et al.,            *
            Plaintiffs,           *
                                  *
      v.                          *              Rule 54(b)
                                  *              JUDGMENT
THE UNITED STATES,                *
            Defendant,            *
                                  *
      and                         *
                                  *
METROSTAR SYSTEMS, INC.,          *
            Defendant-Intervenor. *
*************************************
```

Pursuant to the court's Order, filed August 6, 2026, directing the entry of partial judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the following plaintiffs and cases are dismissed: **(1)** Analytica, LLC (24-257); **(2)** Mission 1st Group, Inc. (24-259); **(3)** Audacious Inquiry, LLC (24-318); **(4)** CoreTek Consulting, LLC (24-1465); **(5)** Trillion ERP Venture Tech, LLC (24-1520); **(6)** Ark Infotech, LLC (24-1923); **(7)** Vinsys-Radiant, LLC (24-1924); **(8)** Vinsys-Pyramid, LLC (24-1925); **(9)** Vinsys-IT HUB, LLC (24-1927); **(10)** Sehmi Enterprises, Inc. (24-1929); **(11)** Global InfoTek, Inc. (24-1931); **(12)** Cybermedia Technologies, LLC (24-1933); **(13)** Aspire Informatics, LLC (24-1936); **(14)** Axiom Consultants, Inc. (24-1937); **(15)** Global Consulting International, Inc. (24-1939); **(16)** Mindboard, Inc. (24-1940); **(17)** Ambient Health Information Technology, LLC (24-1943); **(18)** Computer Integration and Programming Solutions, LLC (24-1944); **(19)** M & M Technical Services, Inc. (24-2091); and **(20)** RemedyBiz, Inc. (24-2093).

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.